In The Circuit Court Of The 9th Judicial Circuit Fulton County, Illinois

**FILED**

APR 2 7 2020

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Plaintiff

    Bobby Lee Battle

    VS

Defendants

    Illinois River Correctional
Center/C/O S. Naber
Chief Administrative
Officer J. Hammers
    Lt. Phelps
    Complaint For Common Law Writ
        Of Certiorari

Plaintiff, Bobby Lee Battle, by it's attorneys, No one, hereby Complains of defendant Illinois River Correctional Center/C/O S. Naber Badge # 7455 and Chief Administrative Officer J. Hammers, and Lt. Phelps As Follows:

1 of 5

1) Plaintiff is Bobby Lee Battle and was at Illinois River Correction Center.

2) Defendant's, C/O S. Naber and Lt. Phelps-Adj. Committee. At all times relevant to the matter set forth herein was the C/O and LT.

3) Defendants S. Naber and Phelps at all times relevant to the matter set forth herein was an C/O and LT. Of Illinois River Correction Center /I.D.O.C with offices in Fulton County, Illinois.

4) Defendants S. Naber and Phelps is the C/O(Naber) who wrote the offender Disciplinary Report on 6-9-19 and LT. (Phelps) is the one who hear it on 6-12-19, At Illinois River Corrections Center.

5) On 6-9-19 Defendant S. Naber issued a false order by not being true about the offender disciplinary Report that he wrote on me because I am not on Surveillance doing nothing.

6) I got an offender disciplinary report on 6-9-19 stating I was on surveillance footage aiding other inmate in an attempt to control and intimidate other offenders in their use of the wing phones. That's false and they know that it's false. "Employees are required to be truthful when making oral and written statement's. Employees are expected to cooperate with investigations conducted by departmental and institutional staff. Employees will not alter or destroy any offical report's, records or evidence with the intent to mislead conceal or falsify. Employees will not with'd any official report's, records or evidence from proper authorities, Discussion of confidential incident's in a actual manner is prohibited." But that is what they did. That's department rule 120, Section 120.40 requires that employees

3 of 5

A) obey all federal, state and local laws and applicable Court decisions and orders related to the Performance of their servicse to the department.

B) Professional condect.

7) The fact's that led up to there decision I believe was the 7 Confidential sources only because that is what was also said.

8) The so call reviewed Surveillance Footage from 6-5-19 from the lower deck Cameras on R2 C-Wing ~~will~~ will Show that at approx 2:12 PM I was Somewere else, At approx 2:14 P.M I was Somewere else and at approx 2:15 PM I was Some were else and that I was not with the offender's that is named in my offender disciplinary report. There for my disciplinary report need and should be EXPUNGED.

4 OF 5

9) The decision of the defendants must be reversed for the following reasons: The surveillance footage will show that I was not aiding anyone at no point or time.

Wherefore, for one or more of the foregoing, Plaintiff Bobby Lee Battle, respectfully prays (A) that this court issue a writ of certiorari in this cause requiring defendants to file the record of all matters relating to this decision with the court (B) that the court issue an emergency stay of enforcement of the decision pending review on the merits in this cause; and (C) that the court review the decision of the defendants, that the final administrative decision be reversed, and for such other relief as this court deems just.

5 of 5