In The Circuit Court Of The 9th
Judicial Circuit Fulton County Illinois

Plaintiff
   Bobby Lee Battle

VS.

**FILED**

APR 27 2020

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Defendant's
   Illinois River C.C.
   C/O S. Naber
   Lt. A. Phelps
   Chief Administrative
   Officer J. Hammers

Brief In Support of Petitioners
Petition For A Common Law Writ
                Of Certiorari

1) The Common Law Writ
It is well-established in Illinois that a
Common law Writ of Certorari is the
appropriate method for obtaining Circuit
Court review of an administrative action,
Including Prison discipline.

When the Conferring Power on an agency does not expressly adopt the administrative review law and does not provide any other avenue of Judicial review. See, e.g., Hanrahan V. Williams, 174 Ill. 2d 268,673 N.E.2d. 251 (1998); Alicia V. Snyder, 321 Ill. App. 3d 248,748 N.E. 2d 285 (2001)

The Statutes dealing with Prison disciplinary procedures and grievances neither adopt the Administrative review law nor provide any alternate method of review. 730 ILCS 5/3-3-7 through 5/3/8-10. Accordingly, the Writ is a remedy ~~excia~~ available to the Petitioner.

On June 12, 2019, a hearing was held before the Institutional Adjustment Committee. As to the three charge's relating to the surveillance, The Petitioner was found guilty of All Charges. The basis for the decision was:

1. Staff Personal observation of Surveillance.
2. Seven Confidential Sources Stated (Battle) I was Part of a group trying to hold the Phone.
3. The Committee recommended that the Petitioner be demoted to C Grade for 8 month, 4 month's segregation, 8 Month's day room restriction, 8 Month's Commissary restriction, 8 Month's Audio/Visual restriction, 6 Month's Contact Visit's restriction and 3 Month's revoke GCC or SGT and disciplinary Transfer.

The Committee report gave the following summary of the Petitioner Statements:

1. The Petitioner Stated that he was not guilty;
2. The Petitioner Claimed that the surveillance will show he did not aid ~~on~~ no one at no point or time.

As discussed ~~infra~~, the IDOC took this as an admission that Petitioner was guilty because the seven confidential source's. The Petitioner disagrees. The ~~only~~ statement only says that the Petitioner was not guilty. The Petitioner left it to the IDOC officials to make the determination of the surveillance. This challenged admission and the IDOC's failure to verify the surveillance at the heart of the Petitioner's Petition in this Court.

Following this decision, the Petitioner filed a grievance with the Prison. The components of the grievance were: As indicated both _supra_ and _infra_, the Petitioner denies that he did anyone. The report does not make clear exactly what the Internal Affairs review involved, other than the reference to temperature set forth in the text.

1. The Petitioner claimed that the disciplinary reports were biased, discriminatory, non-objective and unjust;

2. The Petitioner contended that, other than the seven confidential sources, the disciplinary documents did not accurately recite the facts;

3. The Petitioner further contended that the method allegedly used to do surveillance (Not looking at it at all) was not the way that's performed;

4. The Petitioner was told he will be giving a chance to see the surveillance' one day'.

5. Rather, the Petitioner was taken to segregation;

6. The Petitioner states that he was interviewed b/ Internal Affairs.

7. The interview ended after about 15 minutes, with no response to Petitioner's request;

<u>Notice Proof Of Mailing</u>

Please take notice, Bobby Lee Battle, M-12177 at Lawrence Correctional Center, 10930, Lawrence RD, Sumner IL, 62466. Mailed Legal Mail of Settlement request Letter of
<u>UPon</u>

The Honorable Clerk,
u.s. District Court
Central District of Illinois
201, 5, Vine Street
urbana, IL, 61802,

By Placing the Same above in the legal mail box at Lawrence Correctional center on the following date:

Respectfully Submitted

Bobby Lee Battle

Bobby Lee Battle

M-12177

Subscribed and Sworn
To before me This
8 day of August, 2019

X Sharon L. Burtch

OFFICIAL SEAL
SHARON L. BURTCH
Notary Public - State of Illinois
My Commission Expires 12/11/2019